UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61519-CIV-COHN/SELTZER

TROY FISHER,

    Plaintiff,

v.

HBDC II, INC., a
Florida corporation,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice [DE 30].  The Court has been advised that the parties agree that this action should be dismissed with prejudice.  It is therefore,

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, each side to bear their own costs and fees.  The Clerk shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 27th day of October, 2008.

_____
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF